173 A.3d 157

**IN RE: C.W.**

**Pet. Docket No. 253, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 2537, Sept.Term, 2016).

Petition for writ of certiorari denied

173 A.3d 157

**KLEPPER**

v.

**SIGETHY**

**Pet. Docket No. 268, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 16, Sept.Term, 2016).

Petition for writ of certiorari denied